**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

CHRISTOPHER S. WEAVER,
    Petitioner,

vs.                                Case No. 3:08cv217/MCR/EMT

WALTER A. McNEIL,
    Respondent.
_____/

**O R D E R**

    This cause comes on for consideration upon the magistrate judge's report and recommendation dated November 5, 2008 (Doc. 13).  The parties have been furnished a copy of the report and recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a de novo determination of any timely filed objections.

    Having considered the report and recommendation, and any objections thereto timely filed, I have determined that the report and recommendation should be adopted.

    Accordingly, it is now **ORDERED** as follows:

    1.  The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

    2.  Petitioner's Motion for Summary Judgment (Doc. 12) is **DENIED**.

    **DONE AND ORDERED** this 9th day of December, 2008.

                                        _s/ M. Casey Rodgers_
                                        **M. CASEY RODGERS
                                        UNITED STATES DISTRICT JUDGE**