IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**CHRISTOPHER S. WEAVER,**

    **Petitioner,**

**v.**                                                                 **Case No. 3:08cv217/MCR/EMT**

**EDWIN G. BUSS,**

    **Respondent.**
_____/

## ORDER

    This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated June 16, 2011 (Doc. 28).  The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a <u>de novo</u> determination of any timely filed objections.

    Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

    Accordingly, it is now **ORDERED** as follows:

    1.    The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

    2.    The petition for writ of habeas corpus (Doc. 1) is **DENIED**.

    3.    A certificate of appealability is **DENIED**.

    **DONE AND ORDERED** this 12th day of August, 2011.

                                                     *s/ M. Casey Rodgers*
                                                     **M. CASEY RODGERS**
                                                     **CHIEF UNITED STATES DISTRICT JUDGE**